AO 121 (Rev. 06/16)

| TO: Register of Copyrights<br>U.S. Copyright Office<br>101 Independence Ave. S.E.<br>Washington, D.C. 20559-6000 | **REPORT ON THE FILING OR DETERMINATION OF AN ACTION OR APPEAL REGARDING A COPYRIGHT** |
|---|---|

In compliance with the provisions of 17 U.S.C. 508, you are hereby advised that a court action or appeal has been filed on the following copyright(s):

| ☑ ACTION ☐ APPEAL | | COURT NAME AND LOCATION |
|---|---|---|
| DOCKET NO.<br>2:23-cv-09830 JLS | DATE FILED<br>11/20/2023 | United States District Court - Central District of California<br>350 W. 1st Street<br>Los Angeles, California 90012 |
| PLAINTIFF<br>CRAFTSHACK, INC. | | DEFENDANT<br>DRIZLY, LLC, et al. |

| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OF WORK |
|---|---|---|
| 1 See Complaint Ex. 1 | See Complaint Ex. 1 | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above-entitled case, the following copyright(s) have been included:

| DATE INCLUDED | INCLUDED BY ☐ Amendment ☐ Answer ☐ Cross Bill ☐ Other Pleading | |
|---|---|---|
| **COPYRIGHT REGISTRATION NO.** | **TITLE OF WORK** | **AUTHOR OF WORK** |
| 1 | | |
| 2 | | |
| 3 | | |

In the above-entitled case, a final decision was rendered on the date entered below. A copy of the order or judgment together with the written opinion, if any, of the court is attached.

| COPY ATTACHED | WRITTEN OPINION ATTACHED | DATE RENDERED |
|---|---|---|
| ☐ Order ☐ Judgment<br>"Notice of Voluntary Dismissal" | ☐ Yes ☑ No | 02/28/2024 |

| CLERK | (BY) DEPUTY CLERK | DATE |
|---|---|---|
| Brian D. Karth | /s/ J. Lam | 02/29/2024 |

3) Upon termination of action, mail copy to Register of Copyrights

**EXHIBIT 1**

| # | Subject Photographs | Title | Reg. Nos. |
|---|---|---|---|
| 1. | | Beachwood-Citraholic-Super-Citrus-16OZ-CAN | VA0002206701 |
| 2. | | Beachwood-Greenshift-Double-IPA-16OZ-CAN | VA0002206701 |
| 3. | | Beachwood-Hopsonata-IPA-16OZ-CAN | VA0002197362 |

| # | Subject Photographs | Title | Reg. Nos. |
|---|---|---|---|
| 4. | | Beachwood-Societe-Defenders-Of-The-Hops-16OZ-CAN | VA0002197362 |
| 5. | | Bootleggers-Far-Out-Fog-16OZ-CAN | VA0002212917 |
| 6. | | Bootleggers-F-O-M-O-16OZ-CAN | VA0002189963 |

| # | Subject Photographs | Title | Reg. Nos. |
|---|---|---|---|
| 7. | | Bootleggers-Party-Like-Prince-Harry-Hazy-DIPA-16OZ-CAN | VA0002206701 |
| 8. | | Brouwerij-West-Falling-Water-16OZ-CAN | VA0002189958 |
| 9. | | Cooperage-Sucka-Repellent-Hazy-IPA-16OZ-CAN | VA0002212917 |

| # | Subject Photographs | Title | Reg. Nos. |
|---|---|---|---|
| 10. | | Decadent-Blueberry-Frosted-Pastry-16OZ-CAN | VA0002198090 |
| 11. | | Decadent-Pog-Nog-16OZ-CAN | VA0002182915 |
| 12. | | Decadent-Strawberry-French-Toast-16OZ-CAN | VA0002198090 |

| # | Subject Photographs | Title | Reg. Nos. |
|---|---|---|---|
| 13. |  | Decadent-Wild-Berry-Smoothie-16OZ-CAN | VA0002189963 |
| 14. |  | El-Segundo-Blurred-Lines-IPA-16OZ-CAN | VA0002198090 |
| 15. |  | El-Segundo-Cerveza-Fresca-16OZ-CAN | VA0002206701 |

| # | Subject Photographs | Title | Reg. Nos. |
|---|---|---|---|
| 16. | | El-Segundo-Clear-AF-IPA-16OZ-CAN | VA0002266028 |
| 17. | | El-Segundo-Noble-Ale-Works-Power-Shower-DIPA-22OZ-BTL | VA0002189963 |
| 18. | | El-Segundo-Riip-No-Comply-16OZ-CAN | VA0002197362 |

| # | Subject Photographs | Title | Reg. Nos. |
|---|---|---|---|
| 19. | | El-Segundo-Sietes-De-Las-Suertes-22OZ-BTL | VA0002182915 |
| 20. | | El-Segundo-South-Bay-Bubble-IPA-16OZ-CAN | VA0002197362 |
| 21. | | El-Segundo-Vice-16OZ-CAN | VA0002189963 |

| # | Subject Photographs | Title | Reg. Nos. |
|---|---|---|---|
| 22. | | Epic-Chocolate-Rapture-Big-Bad-Baptist-22OZ-BTL | VA0002210782 |
| 23. | | Fall-Gold-Soundz-Hazy-IPA-16OZ-CAN | VA0002219500 |
| 24. | | Fat-Orange-Cat-I-Dont-Like-Mondays-16OZ-CAN | Fat-Orange-Cat-I-Dont-Like-Mondays-16OZ-CAN |

| # | Subject Photographs | Title | Reg. Nos. |
|---|---|---|---|
| 25. | | Fat-Orange-Cat-Shes-A-Rainbow-16OZ-CAN | VA0002189958 |
| 26. | | Gigantic-Pipe-Wrench-IPA-Gin-Barrel-Aged-500ML-BTL | VA0002217411 |
| 27. | | Kern-River-Double-Chuuurch-DIPA-16OZ-CAN | VA0002197362 |

| # | Subject Photographs | Title | Reg. Nos. |
|---|---|---|---|
| 28. | | King-Harbor-Casual-Friday-16OZ-CAN | VA0002182915 |
| 29. | | King-Harbor-Future-Waves-IPA-16OZ-CAN | VA0002175395 |
| 30. | | Knee-Deep-Hua-Haze-IPA-16OZ-CAN | VA0002214669 |

| # | Subject Photographs | Title | Reg. Nos. |
|---|---|---|---|
| 31. | | Knee-Deep-Oopsie-Dhazy-12OZ-CAN | VA0002198090 |
| 32. | | Latitude-33-Bro-Kini-16OZ-CAN | VA0002189963 |
| 33. | | Madewest-Hazy-IPA-16OZ-CAN | VA0002206701 |

| # | Subject Photographs | Title | Reg. Nos. |
|---|---|---|---|
| 34. |  | Mason-Aleworks-Horus-Aged-Ales-Visarend-16OZ-CAN | VA0002197362 |
| 35. |  | Mason-Aleworks-Melvin-Undercover-Hoperative-16OZ-CAN | VA0002198090 |
| 36. |  | Mason-Aleworks-Project-X-16OZ-CAN | VA0002206701 |

| # | Subject Photographs | Title | Reg. Nos. |
|---|---|---|---|
| 37. | THE FOGGENING | Mikkeller-The-Foggening-16OZ-CAN | VA0002189958 |
| 38. | CA ESTD. ANAHEIM 2009 NOBLE ALE WORKS N MOSAIC SHOWERS 100% MOSAIC HOPPED DOUBLE IPA | Noble-Ale-Works-Mosaic-Showers-Double-IPA-16OZ-CAN | VA0002189963 |
| 39. | CA ESTD. ANAHEIM 2009 NOBLE ALE WORKS N NOSE CANDY SESSION INDIA PALE ALE | Noble-Ale-Works-Nose-Candy-16OZ-CAN | VA0002197362 |

| # | Subject Photographs | Title | Reg. Nos. |
|---|---|---|---|
| 40. | NORTH PARK BEER CO<br>HOP-FU!<br>7.5% ABV<br>WEST IPA COAST | North-Park-Hop-Fu-West-Coast-IPA-16OZ-CAN | VA0002219420 |
| 41. | NORTH PARK BEER CO<br>PEACH WHIP | North-Park-Peach-Whip-Peach-Milkshake-IPA-16OZ-CAN | VA0002219420 |
| 42. | NORTH PARK BEER CO<br>THIS IS STRATA! | North-Park-This-Is-Strata-West-Coast-DIPA-16OZ-CAN | VA0002219420 |

| # | Subject Photographs | Title | Reg. Nos. |
|---|---|---|---|
| 43. | | Omnipollo-Moebius-16OZ-CAN | VA0002206701 |
| 44. | | Pizza-Port-Permanent-Vacay-IPA-16OZ-CAN | VA0002219420 |
| 45. | | Public-Access-Outer-Reality-16OZ-CAN | VA0002210782 |