Stephen M. Doniger (SBN 179314)
stephen@donigerlawfirm.com
Benjamin F. Tookey (SBN 330508)
btookey@donigerlawfirm.com
DONIGER / BURROUGHS APC
603 Rose Avenue
Venice, California 90291
Telephone: (310) 590-1820
*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CRAFTSHACK, INC.,<br><br>Plaintiff,<br><br>v.<br><br>DRIZLY, LLC, et al.,<br><br>Defendants. | Case No. 2:23-cv-09830-JLS-SK<br>*Hon. Josephine L. Staton Presiding*<br><br>**NOTICE OF DISMISSAL** |

    TO THE COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD:

    PLEASE TAKE NOTICE THAT Plaintiff Craftshack, Inc. hereby dismisses this action, with prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i).

Dated: February 28, 2024

                                           DONIGER / BURROUGHS APC

                                    By:  */s/ Benjamin F. Tookey*
                                               Stephen M. Doniger, Esq.
                                               Benjamin F. Tookey, Esq.
                                               *Attorneys for Plaintiff*